UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                                CASE NO.: 15-21863-GLT
                                                                      CHAPTER 13
**Ronald J. Bulick,**

  Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges , filed on July 14, 2016.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PAUL W. MCELRATH, JR.
MCELRATH LEGAL HOLDINGS, LLC.
PROFESSIONAL OFFICE BUILDING 432 BOULEVARD OF THE ALLIES
PITTSBURGH, PA  15219

RONALD J. BULICK
4540 GARDENVILLE ROAD
PITTSBURGH, PA  15236

RONDA J. WINNECOUR
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA  15219

FILED
2016 OCT 13 A 10:04
U.S. BANKRUPTCY COURT
CLERK
PITTSBURGH

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                              ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                              Attorney for Secured Creditor
                                              6409 Congress Ave., Suite 100
                                              Boca Raton, FL 33487
                                              Telephone: 561-241-6901
                                              Facsimile: 561-241-1969


                                              By: /s/ Iris Kwon
                                                  Iris Kwon, Esquire
                                                  Florida Bar Number 0115140
                                                  Email: Ikwon@rasflaw.com