IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD J. BULICK,<br><br>Debtor,<br>_____<br><br>NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY,<br><br>Movant,<br><br>v.<br><br>RONALD J. BULICK and<br>RONDA J. WINNECOUR, Ch. 13 Trustee,<br><br>Respondents | CASE NO.: 15-21863-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 41 |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Thursday, November 17, 2016**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedure of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, December 14, 2016 at 10:00am** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esquire
PA I.D. #87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Nationstar Mortgage LLC

Date of service: October 31, 2016