IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | CASE NO.: 15-21863-GLT |
|---|---|
| RONALD J. BULICK, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 41 and 43 |
| _____ | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, | |
| Movant, | |
| v. | |
| RONALD J. BULICK and RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF HEARING WITH RESPONSE DEADLINE

     I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on October 31, 2016
.

The types of service made on the parties were:

By First-Class Mail:

Ronald J. Bulick
4540 Gardenville Road
Pittsburgh, PA 15236

and:

By Electronic Notification:
Paul W. McElrath, Jr., Esq.  ecf@mcelrathlaw.com
Ronda J. Winnecour, Ch. 13 Trustee  cmecf@chapter13trusteewdpa.com
Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8255

Counsel for Nationstar Mortgage LLC