FILED
11/7/16 7:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-21863-GLT |
| | Chapter 13 |
| RONALD J. BULICK, | |
| | Related to Dkt. No. 38 |
| Debtor. | |
| | Hearing: December 14, 2016 at 9:30 a.m. |

### ORDER STRIKING WITHDRAWAL OF
### NOTICE AND SCHEDULING STATUS CONFERENCE

This matter is before the Court upon the *Notice of Withdrawal* [Dkt. No. 38] (the "Withdrawal") filed by Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar"). Nationstar seeks to withdraw the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on July 14, 2016 with respect to Claim No. 2.

On October 13, 2016, the Clerk issued a *Notice Regarding Conforming Document* [Dkt. No. 39] regarding the *Withdrawal*, indicating that it failed to contain the written signature of the filer. The Clerk's notice required an amended notice of withdrawal to be filed by October 24, 2016. As of the date of this *Order*, no amended notice of withdrawal appears on the docket.

Furthermore, under W.PA.LBR 5005-1(a), electronic filing through the Court's CM/ECF system is mandatory in this District for attorneys.[1] Failure to do so results in a fine of $150 per paper filing. W.PA.LBR 5005-1(b).

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  The *Withdrawal* at Dkt. No. 38 is **STRICKEN**.

---

[1] Nationstar's *Withdrawal* was electronically signed by Iris Kwon, Esq. Although she did not electronically file the *Withdrawal*, the Claims Register indicates that Claim No. 2 of Nationstar was electronically filed by Attorney Kwon, indicating that she is a Limited Filing User of this Court as defined in Local Rule 5005-3.

  2. Nationstar shall file an amended notice of withdrawal on or before **November 18, 2016**.

  3. On or before **December 7, 2016**, counsel for Nationstar, Iris Kwon, Esq., shall remit funds in the amount of $150 to the Clerk's Office for the violation of Local Rule 5005-1(a).

  4. Attorney Kwon shall file a status report on or before **December 7, 2016** indicating whether the sanctions were paid to the Clerk.

  5. A status conference shall be held on **December 14, 2016** at **9:30 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Counsel for Nationstar or, in addition to counsel, a representative of Nationstar, shall appear at the December 14 hearing. In the event an amended notice of withdrawal and status report indicating Attorney Kwon's compliance with paragraph 3 of this *Order* are timely filed, the Court may cancel the status conference.

Dated: November 4, 2016

                 GREGORY L. TADDONIO  mt
                 UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Paul W. McElrath, Jr. Esq,
Nationstar Mortgage LLC d/b/a Champion
 Mortgage Company
Champion Mortgage Company
Andrew Gornall, Esq.
KML Law Group, P.C.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

Iris Kwon, Esq.
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL  33487

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21863-GLT
Ronald J. Bulick                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: ddoy              Page 1 of 1              Date Rcvd: Nov 07, 2016
                               Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.
```
db            +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
              +Iris Kwon, Esq.,    Robertson,Anschuntz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
14050478      +Champion Mortgage,    PO Box 91322,    Seattle, WA 98111-9422
14050477      +Champion Mortgage,    2 Gatehall Drive,    Parsippany, NJ 07054-4521
14050480       Nationstar Mortgage,    PO Box 829009,    Dallas, TX 75382-9009
14111437      +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    Champion Mortgage Company,
                P.O. Box 619093,    Dallas, TX 75261-9093
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Champion Mortgage Company agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                                                                                                                 TOTAL: 7