UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                                    CASE NO.: 15-21863-GLT
                                                                                      CHAPTER 13
Ronald J. Bulick,

    Debtor.

_____/

## AMENDED NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), the undersigned hereby amends the notice of withdrawal filed on October 13, 2016 to effectively withdraw the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges, filed on July 14, 2016.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2016, I sent the foregoing with the Clerk of Court for filing by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PAUL W. MCELRATH, JR.
MCELRATH LEGAL HOLDINGS, LLC.
PROFESSIONAL OFFICE BUILDING 432 BOULEVARD OF THE ALLIES
PITTSBURGH, PA  15219

RONALD J. BULICK
4540 GARDENVILLE ROAD
PITTSBURGH, PA  15236

RONDA J. WINNECOUR
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA  15219

FILED
2016 NOV 18 A 9:31
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH



## ROBERTSON ANSCHUTZ & SCHNEID
### LAW OFFICES

**James Robertson, Esquire**
Member of Texas Bar
**Everett Anschutz, Esquire**
Member of Texas Bar
**David J. Schneid, Esquire**
Member of Florida Bar

VIA CERTIFIED MAIL:
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219


Court Case #:     15-21863

Debtor:      Ronald J. Bulick

RAS File #     16-018140


To Whom It May Concern,

     As instructed, please find attached a copy of our Amended Notice of Withdrawal to be filed and to reflect on the docket.


Respectfully,
Austin Green

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

                                        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                        Attorney for Secured Creditor
                                        6409 Congress Ave., Suite 100
                                        Boca Raton, FL 33487
                                        Telephone: 561-241-6901
                                        Facsimile: 561-241-1969

By: /s/ *Iris Kwon*
      Iris Kwon, Esquire
      Florida Bar Number 115140
      Email: Ikwon@rasflaw.com