## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

| | |
|---|---|
| **In re:**<br><br>**RONALD J. BULICK,**<br><br>Debtor. | **CASE NO.: 15-21863-GLT** 2016 DEC -1  A 9: 40<br><br>**CHAPTER 13**    CLERK<br>    U.S. BANKRUPTCY COURT<br>    PITTSBURGH GLB<br>**Related to Doc. No. 45**<br><br>**Hearing: December 14, 2016 at 9:30 a.m.** |

### STATUS REPORT

This honorable Court Struck the *Notice of Withdrawal* filed by Nationstar Mortgage LLC d/b/a as Champion Mortgage Company ("Nationstar"), Ordered Nationstar to amend the notice of withdrawal filed on or before November 18, 2016, and on or before December 7, 2016, Iris Kwon, counsel for Nationstar, was Ordered to remit funds in the amount of $150.00 to the Clerk's Office for the violation of Local Rule 5005-1(a) (Dkt. No. 45). Attorney Kwon respectfully submits this status report and states as follows:

1. The amended notice of withdrawal was timely filed on November 18, 2016 (Dkt. No. 49).

2. On or about November 23, 2016, a check in the amount of $150.00 was mailed to the Clerk's Office for the violation of Local Rule 5005-1(a). Please see attached "Exhibit A".

3. Attorney Kwon respectfully submits this Status Report before December 7, 2016 to indicate the sanctions has been paid to the Clerk.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ronald J. Bulick
4540 Gardenville Road
Pittsburgh, PA  15236


Paul W. Mcelrath, Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee
Office of The United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/ Iris Kwon
Iris Kwon, Esquire
Email: ikwon@rasflaw.com



**ROBERTSON, ANSCHUTZ & SCHNEID PL**
**OPERATING ACCOUNT**
6409 N CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

DATE    **11/17/2016**

AMOUNT
**$150.00**

*********One hundred and fifty and 00/100 USD*********

PAY
TO THE
ORDER
OF:

U.S. Bankruptcy Court
5414 US Steel Tower - 600 Grant St.

Pittsburgh              PA  15219

**Memo**   Sanctions / 16-018140 - Bulick

BK Case #15-21863-GLT

AUTHORIZED SIGNATURE

Security features. Details on back