Case 15-21863-GLT    Doc 55    Filed 12/14/16    Entered 12/14/16 14:13:24    Desc Main
Document    Page 1 of 1

FILED
DEC 14 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-21863-GLT |
| | : | Chapter: 13 |
| Ronald J. Bulick | : | |
| | : | Date: 12/14/2016 |
| *Debtor(s).* | : | Time: 9:30 |

## PROCEEDING MEMO

**MATTER:**   #41 - Motion for Relief from Automatic Stay filed by Nationstar Mortgage LLC
#47 - Response by Debtor

**APPEARANCES:**
    Debtor:    Paul W. McElrath
    Nationstar:    Peter Ashcroft

**NOTES:**

Aschroft - Reached an agreement with the Debtor. Requests seven days to file a stipulation. Involves forced-place insurance.

McElrath - Agrees.

**OUTCOME:**

1. Matter continued to January 18, 2017 at 9:00 a.m. Parties to file a proposed order under certification of counsel within 7 days. (Text Order to issue).

**DATED:** 12/14/2016