## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-21863 GLT |
|     Ronald J. Bulick | : | |
| | : | CHAPTER 13 |
|         Debtor | : | |
| | : | DOC. NO. 61 |
| Ronald J. Bulick | : | |
|         Movant | : | |
| | : | RELATED TO DOC. NO. 58-59 |
| v. | : | |
| | : | CONCIL. CONF. |
| Champion Mortgage | : | February 2, 2017 at 11:30 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| | : | |
|         Respondents | : | |

### CERTIFICATE OF SERVICE OF ORDER DATED JANUARY 3, 2017, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED DECEMBER 30, 2016,

    I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated January 3, 2017, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated December 30, 2016, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: <u>January 6, 2017</u>

                                                                                                          By:    <u>/s/ Sharla Munroe</u>
                                                                                                               Sharla Munroe, Paralegal
                                                                                                               McElrath Legal Holdings, LLC
                                                                                                               1641 Saw Mill Run Blvd
                                                                                                               Pittsburgh, PA 15210
                                                                                                               Tel: 412.765.3606
                                                                                                               Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Service by First-Class Mail**

Ronald J. Bulick
4540 Gardenville Road
Pittsburgh, PA 15236

American Credit Bureau
2755 S Federal Hwy
Boynton Beach, FL 33435

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Champion Mortgage
2 Gatehall Drive
Parsippany, NJ 07054

Champion Mortgage
PO Box 91322
Seattle, WA 98111

Credit Management Co
2121 Noblestown Rd
Pittsburgh, PA 15205

Duquesne Light Company
c/o Peter J. Ashcroft, Esquire
Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

Seattle Financing Group
090 Queen Avenue N.
Suite 100
Seattle, WA 98109

Zucker, Goldberg & Ackerman
200 Sheffield Street
Suite 101
Mountainside, NJ 07092