FILED
1/4/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CASE NO.: 15-21863-GLT |
| RONALD J. BULICK, | Chapter 13 |
| Debtor, | Related to Dkt. Nos. 41 and 57<br>Hearing:  January 18, 2017 at 9:00 a.m. |
| _____ | |
| NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY, | |
| Movant, | |
| v. | |
| RONALD J. BULICK and<br>RONDA J. WINNECOUR, Ch. 13 Trustee, | |
| Respondents | |

MODIFIED
CONSENT ORDER OF COURT

AND NOW, this  4th   day of   January,   2017,    upon consideration of the foregoing

Motion for Relief from the Automatic Stay filed by Nationstar Mortgage LLC, and with the

consent of the Respondents, it is hereby ORDERED that:

1.     The automatic stay as provided by Section 362 of the Bankruptcy Code shall

remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.     Movant has a secured interest in Debtor's real property located at 4540

Gardenville Road, Pittsburgh, Pennsylvania 15236 (hereinafter the "Property").

3.     As of the date of this Stipulation, the total post-petition arrears to Movant are

$1,543 for taxes and/or insurance.

4.     Debtor will file an amended plan to cure the post-petition arrears in the amount of

$1,543 throughout the remainder of the plan.

5.      Debtor agrees that he shall maintain further payments of post-petition taxes and insurance pertaining to the aforesaid property in a timely manner hereafter.  Debtor will also provide acceptable proof of insurance.

6.      If Debtor defaults in any further payments of taxes or insurance, Movant may send Debtor and counsel a written notice of default of this Stipulation.  Movant may send the written notice by fax or e-mail, instead of or in addition to regular mail. If the default is not cured within fourteen (14) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Property without further hearing.  If Debtor sent a payment that is returned for insufficient funds, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the Property without further hearing.  If the default is not cured by payment within fourteen (14) days of the date of mailing of the Notice of Default, Movant shall have the right to have an Order terminating the automatic stay entered.

7.      If Debtor has defaulted on the Stipulation in two separate months then, if Debtor defaults a third time, Movant may file a Certification of Default without having to first send Debtor notice of the Default.

8.      In the event the instant bankruptcy case is converted to a case under Chapter 7 of the Bankruptcy Code, the Debtor shall cure the pre-petition and post-petition arrears within ten (10) days from the date of such conversion.  Should Debtor fail to cure said arrears within the ten day period, such failure shall be deemed a default under the terms of this Stipulation and Movant may send Debtor and counsel a written notice of default.  If the default is not cured within ten (10) days from the date of the notice, counsel for Movant may file a Certification of Default with

the Court and the Court shall enter an Order granting relief from the automatic stay as to the

Property.

      9.    This Stipulation may only be modified by a revised Stipulation filed on the docket

in the Bankruptcy.  No oral modifications are permitted and any allegation that the Stipulation

was modified orally will be disregarded as evidence.  No written modifications are permitted,

except for a revised Stipulation filed on the docket in the Bankruptcy.

      10.    The hearing scheduled for January 18, 2017 is cancelled.

Hon. Gregory L. Taddonio   cgt
United States Bankruptcy Court Judge

Consented to:

/s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Nationstar Mortgage LLC d/b/a
Champion Mortgage Company

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower - Suite 3250
600 Grant St.
Pittsburgh  PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com

Counsel for Ronda J. Winnecour, Ch. 13
Trustee

/s/ Paul W. McElrath
Paul W. McElrath, Esq.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
412-765-3606
Fax : 412-765-1917
Email: ecf@mcelrathlaw.com

Counsel for Debtor, Ronald J. Bulick

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21863-GLT
Ronald J. Bulick                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1            Date Rcvd: Jan 04, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db            +Ronald J. Bulick,    4540 Gardenville Road,   Pittsburgh, PA 15236-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Champion Mortgage Company agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Iris Kwon    ikwon@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Champion Mortgage Company bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 9