# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: RONALD J. BULICK
- Case Number: 15-21863-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, FEBRUARY 02, 2017 11:30 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

*RECEIVED 2017 FEB -2 P 4:34 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

**Matter:**

#58 - Amended Plan Dated 12-30-16 (FC)
R / M #: 58 / 0

**Appearances:**

- Debtor: Freitag
- Trustee: Winnecour / Bedford / Pail / Katz  *(Pail circled)*
- Creditor: Ashcroft for Champion Mortgage

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 3/2/17.
   Objections are due on or before 3/23/17.
   A hearing on the Amended Plan is set for ~~4/13/17~~ at 2:30 pm.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*
Need amended plan to address mortgage claim 2-2 & admin claim per order.

Reverse mortgage. Mortgage company claims pre petition arrears (taxes & insurance) (claim #2-2) of ≈ 31,000 and per order at Doc 60 must pay admin claim of $1543.

1/27/2017   4:16:58PM