Form 221

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronald J. Bulick**
   Debtor(s)

Bankruptcy Case No.: 15–21863–GLT
Chapter: 13
Related To Document No.: 58
Concil. Conf.: April 13, 2017 at 02:30 PM

## ORDER

    On February 2, 2017, a Conciliation Conference was conducted on the Plan Dated 12/30/2016, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

    **AND NOW,** this **2nd day of February, 2017**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before 3/2/2017,** the Debtor(s) shall file and serve a copy of this ***Order*** and a ***Notice of Proposed Modification to Confirmed Plan***, and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

    (2)  **On or before 3/23/2017,** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

    (3)  **On April 13, 2017 at 02:30 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    (5)  Failure to timely file a *Notice of Proposed Modification to Confirmed Plan*, an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

    (6)

Dated: February 2, 2017

cm: Debtor
     Counsel For Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 15-21863-GLT
Ronald J. Bulick Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: dbas Page 1 of 1 Date Rcvd: Feb 02, 2017
 Form ID: 221 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
db +Ronald J. Bulick, 4540 Gardenville Road, Pittsburgh, PA 15236-2458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:
 Andrew F Gornall on behalf of Creditor Champion Mortgage Company agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
 Iris Kwon ikwon@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
 James Warmbrodt on behalf of Creditor Champion Mortgage Company bkgroup@kmllawgroup.com
 Jeffrey R. Hunt on behalf of Creditor Borough of Baldwin jhunt@grblaw.com, cnoroski@grblaw.com
 Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
 Paul W. McElrath, Jr. on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
 Peter J. Ashcroft on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
 Peter J. Ashcroft on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
 Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
 TOTAL: 9