**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ronald J. Bulick** | : | Case No. 15−21863−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 63 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***28th day of March, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-21863-GLT
Ronald J. Bulick                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas              Page 1 of 2              Date Rcvd: Mar 28, 2017
                                Form ID: 309            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2017.
db              +Ronald J. Bulick,    4540 Gardenville Road,    Pittsburgh, PA 15236-2458
14050482        +Andrew F. Gornall, Esq.,    KML Law Group, PA,    701 Market St.  #5000,
                 Philadelphia, PA 19106-1541
14087298        +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14050478        +Champion Mortgage,   PO Box 91322,    Seattle, WA 98111-9422
14050477        +Champion Mortgage,   2 Gatehall Drive,    Parsippany, NJ 07054-4521
14050480         Nationstar Mortgage,    PO Box 829009,   Dallas, TX 75382-9009
14111437        +Nationstar Mortgage LLC d/b/a Champion Mortgage Co,    Champion Mortgage Company,
                 P.O. Box 619093,    Dallas, TX 75261-9093
14050481         Seattle Financing Group,    090 Queen Avenue N.,   Suite 100,    Seattle, WA 98109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14050475        +E-mail/Text: bankruptcy@acbhq.com Mar 29 2017 01:43:24      American Credit Bureau,
                 2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14050476        +EDI: BANKAMER2.COM Mar 29 2017 01:28:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
14050479        +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 29 2017 01:44:07
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14121322        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 29 2017 01:44:24      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Baldwin
cr              Champion Mortgage Company
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC D/B/A Champion Mortgage Co
14111421        Nationstar Mortgage LLC d/b/a Champion Mortgage Co
14063211*      +American Credit Bureau,   2755 S Federal Hwy,    Boynton Beach, FL 33435-7742
14063218*      +Andrew F. Gornall, Esq.,   KML Law Group, PA,    701 Market St.  #5000,
                 Philadelphia, PA 19106-1541
14063212*      +Bank of America,   100 North Tryon Street,   Charlotte, NC 28255-0001
14063214*      +Champion Mortgage,   PO Box 91322,    Seattle, WA 98111-9422
14063213*      +Champion Mortgage,   2 Gatehall Drive,    Parsippany, NJ 07054-4521
14063215*      +Credit Management Co,   2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14063216*       Nationstar Mortgage,    PO Box 829009,   Dallas, TX 75382-9009
14063217*       Seattle Financing Group,    090 Queen Avenue N.,   Suite 100,   Seattle, WA 98109
                                                                                              TOTALS: 5, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Champion Mortgage Company agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Iris  Kwon    ikwon@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    Champion Mortgage Company bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Ronald J. Bulick ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com

```
District/off: 0315-2           User: dbas              Page 2 of 2             Date Rcvd: Mar 28, 2017
                               Form ID: 309            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Peter J. Ashcroft    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                    TOTAL: 9