UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:                                                                CASE NO.: 15-21863-GLT
                                                                      CHAPTER 13
Ronald J. Bulick,

   Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Diangelo Frazer
Diangelo Frazer, Esquire
Email: dfrazer@rasmonitor.com

16-018140 - MaF
BULICK, RONALD
Request for Service

Page 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PAUL W. MCELRATH, JR.
MCELRATH LEGAL HOLDINGS, LLC.
PROFESSIONAL OFFICE BUILDING 432 BOULEVARD OF THE ALLIES
PITTSBURGH, PA  15219

RONALD J. BULICK
4540 GARDENVILLE ROAD
PITTSBURGH, PA  15236

RONDA J. WINNECOUR
600 GRANT STREET
SUITE 3250, USX TOWER
PITTSBURGH, PA  15219

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Diangelo Frazer
Diangelo Frazer, Esquire
Email: dfrazer@rasmonitor.com