**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RONALD J. BULICK

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-21863 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/22/2015 and confirmed on 09/25/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,102.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,102.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,056.27 | |
|     Trustee Fee | 45.73 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,102.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A CHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3465 | | | | |
| BALDWIN BOROUGH (SWG) | 66.70 | 0.00 | 0.00 | 0.00 |
|   Acct: 6K98 | | | | |
| BALDWIN BOROUGH (SWG) | 5.83 | 0.00 | 0.00 | 0.00 |
|   Acct: 6K98 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RONALD J. BULICK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 1,500.00 | 1,056.27 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHAMPION MORTGAGE | 1,543.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3465 | | | | |

| 15-21863 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | NATIONSTAR MORTGAGE LLC D/B/A CHAM<br>Acct: 3465 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONSTAR MORTGAGE LLC D/B/A CHAM<br>Acct: 3465 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONSTAR MORTGAGE LLC D/B/A CHAM<br>Acct: 3465 | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | AMERICAN CREDIT BUREAU INC<br>Acct: 5884 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 3088 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 6238 | 121.14 | 0.00 | 0.00 | 0.00 |
| | PETER J ASHCROFT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA NA**<br>Acct: 5899 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CHAMPION MORTGAGE<br>Acct: 3465 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONSTAR MORTGAGE LLC(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | SEATTLE FINANCING GROUP<br>Acct: 4340 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ZUCKER GOLDBERG & ACKERMAN LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            1,543.00
SECURED                72.53
UNSECURED            121.14

Date: 06/14/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com